IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | REENTRY COURT PROGRAM |
| v. | ) | |
| | ) | ORDER TO REDUCE TERM OF |
| Felipe Alberto Hermosillo Gonzales, | ) | SUPERVISED RELEASE |
| | ) | FOR SUCCESSFUL COMPLETION |
| Defendant. | ) | OF REENTRY COURT |
| | ) | (18 U.S.C. § 3583(e)(1)) |
| | ) | |
| | ) | Docket Number:  0972 1:24CR00070-001 |

On April 2, 2024, Mr. Hermosillo was accepted as a participant in the Eastern District of California's Reentry Court Program. As of April 1, 2025, Mr. Hermosillo has successfully completed all the requirements to graduate.

It is recommended by the Reentry Court Team that due to Mr. Hermosillo's successful completion of the Reentry Court Program, Mr. Hermosillo's term of Supervised Release be reduced by one year, with a new termination date of January 3, 2026.

In accordance with 18 U.S.C. § 3583(e)(1), the Reentry Court Judge below hereby recommends that a reduction be approved and that the term of Supervised Release imposed on January 4, 2024, be reduced by one year for Mr. Hermosillo's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

March 28, 2025
**Date**

The Honorable Christopher D. Baker
U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of January 3, 2026.

March 28, 2025
**Date**

The Honorable Jennifer L. Thurston
U.S. District Judge

cc:  Defendant
Assistant United States Attorney:  unassigned
Defense Counsel:  unassigned
FLU Unit – United States Attorney's Office
Fiscal Clerk - Clerk's Office